# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 7359 | **DATE** | ½/2003 |
| **CASE TITLE** | Richard Banske vs. Gerald Tarka | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due _____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. To enable the reader to look at a single responsive pleading rather than a patchwork combination, the entire Answer is stricken. Leave is of course granted to file a self-contained Amended Answer in this Court's chambers (with a copy of course being transmitted to plaintiffs' counsel) on or before January 13, 2003.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | JAN 2 2003 date docketed | 11 |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | 1/2/2003 date mailed notice | |
| SN | courtroom deputy's initials | Date/Time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD BANSKE and MICHAEL FLANAGAN, ) ) ) Plaintiffs, ) ) v. ) ) GERALD TARKA, Individually ) and As Alderman of the City ) Calumet City, THADDEUS JONES, ) Individually and as Alderman ) of the City of Calumet City, ) ROMAYNE BUBLICH, Individually ) and as Alderman of the City ) of Calumet City, and GEORGE ) VALLIS, Individually and as ) Chief of Police Of The City ) of Calumet City, ) ) Defendants. ) | No. 02 C 7359<br><br>Honorable Judge Shadur |

MEMORANDUM OPINION AND ORDER

Having failed in their effort to reject this action as insufficient in law (on December 11, 2002 this Court denied orally their Fed. R. Civ. P. ("Rule") 12(b)(6) motion to dismiss the Complaint), defendants have now filed their Answer to the Complaint in which they have been sued (1) with a 42 U.S.C. § 1983 claim and (2) with four state law claims, included pursuant to 28 U.S.C. § 1367(a). Even though defense counsel have sought to be meticulous in their responses, some flaws require them to replead.

For one thing, it will not do for any defendants to decide that certain allegations "are not directed against them," and thus to decline to respond to those allegations. That type of locution



thus to decline to respond to those allegations. That type of locution may be in order once the Complaint has turned to its individual counts under which fewer than all defendants are targeted, but up to that point each defendant must respond to each allegation in one of the three ways permitted by Rule 8(b)--it does not matter that the answering defendant may not be named in the allegation being responded to.

Next, Answer ¶¶ 16 and 22 have in part departed from the disclaimer set out in the second sentence of Rule 8(b) as the price for a deemed denial. That too must be corrected--see App. ¶ 1 to State Farm Mut. Auto. Ins. Co. v. Riley, 199 F.R.D. 276, 278 (N.D. Ill. 2001).

Finally, the several assertions (Answer ¶¶ 17, 18, 19 and 23) that a document "speaks for itself" are also not permissible responses. In that respect, see App. ¶ 3 to State Farm.

To enable the reader to look at a single responsive pleading rather than a patchwork combination, the entire Answer is stricken. Leave is of course granted to file a self-contained Amended Answer in this Court's chambers (with a copy of course being transmitted to plaintiffs' counsel) on or before January 13, 2003.

                                        */s/ Milton I. Shadur*
                                        Milton I. Shadur
                                        Senior United States District Judge

January 2, 2003